# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARI BARRIENTOS,<br><br>   Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>   Defendant. | 4:16CV3012<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Pursuant to the plaintiff's unopposed motion to dismiss, (filing no. 4), which is hereby granted,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Portfolio Recovery Associates, LLC are dismissed with prejudice, each party to pay their own costs and attorney fees.

February 19, 2016.

               BY THE COURT:

               *s/ Cheryl R. Zwart*
               United States Magistrate Judge